CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 1 6 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**ROBERT BRIAN HANKINS,**
    **Petitioner,**

**v.**

**M. LEE SMALLWOOD, II, et al.,**
    **Respondents.**

Civil Action No. 7:18-cv-00403

**MEMORANDUM OPINION**

**By:**   **Hon. Michael F. Urbanski**
       **Chief United States District Judge**

Robert Brian Hankins, a Virginia inmate proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By the Order entered on September 25, 2018, the court informed Petitioner that he must pay the $5.00 filing fee or apply to proceed in forma pauperis. The Order advised Petitioner that not complying within ten days would result in the petition's dismissal.

Petitioner has not communicated with the court or complied with the Order since it was entered on September 25, 2018. Accordingly, the petition is dismissed without prejudice for the failure to comply and to prosecute. Based upon the finding that Petitioner has not made the requisite substantial showing of a denial of a constitutional right as required by 28 U.S.C. § 2253(c) and Slack v. McDaniel, 529 U.S. 473, 484 (2000), a certificate of appealability is denied.

**ENTER:** This _15_ day of October, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge