CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 1 6 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROBERT BRIAN HANKINS,<br>Petitioner, | Civil Action No. 7:18-cv-00403 |
| | ORDER |
| v. | |
| | By: Hon. Michael F. Urbanski |
| M. LEE SMALLWOOD, II, <u>et al.</u>,<br>Respondents. | Chief United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket.

ENTER: This 15 day of October, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge